UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Civil Action No. 93-0054 (JR) |
| GEORGE O. KRIZEK, M.D., et al., | : |
| Defendants. | : |

**FILED**

MAR 1 4 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

This case has been reassigned to me. The Court of Appeals has assigned a "simple and mathematical" task on remand, 192 F.3d at 1030, namely, to "use the Special Master's methodology to count the number of patient sessions that occurred after the twenty-fourth hour on the five twenty-four-hour days . . ." and then to "eliminate any overlap among those sessions." It is this 14th day of March, 2000,

**ORDERED** that the parties may submit supplemental memoranda addressed to the assigned task (and only to the assigned task) and may respond to any memorandum submitted by the other party. Supplemental memoranda may not exceed 20 pages in length and must be filed by March 31, 2000. Responses may not exceed 10 pages and must be filed by April 7, 2000. Unless the matter has been sooner decided on the written submissions of the parties, it is set for oral argument on **April 17, 2000, at 2:00 p.m.**

JAMES ROBERTSON
United States District Judge



Copies to:

Dara A. Corrigan
Assistant U.S. Attorney
Judiciary Center
555 Fourth Street, N.W.
Washington, DC 20001

Counsel for United States

Karen Natalie Walker
Jeffrey Bossert Clark
Kirkland & Ellis
655 15th Street, N.W.
Washington, DC 20005

Counsel for Defendants

Williams H. Briggs Jr.
Ross, Dixon & Bell, LLP
North Building
601 Pennsylvania Avenue, N.W.
Washington, DC 20004-2688

Special Master

Armin Ulrich Kuder
Kuder, Smollar & Friedman, P.C.
1925 K Street, N.W.
Suite 200
Washington, DC 20006

Counsel for Intervener The
Washington Psychiatric Society