UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE O. KRIZEK, M.D. &<br>BLANKA H. KRIZEK,<br><br>Defendants. | Civil Action No. 93-0054 (JR)<br>Judge Robertson<br><br>**FILED**<br><br>MAR 2 2 2000<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER GRANTING EXTENSION OF TIME IN WHICH
TO FILE SUPPLEMENTAL MEMORANDA**

**ORDERED** that the parties may submit supplemental memoranda addressed only to the task assigned in this Court's March 14, 2000 Order and may respond to any supplemental memorandum submitted by the other party. Supplemental memoranda may not exceed 20 pages in length and must be filed by May 30, 2000. Responses may not exceed 10 pages and must be filed by June 6, 2000. Unless the matter has been sooner decided on the written submissions of the parties, it is re-set for oral argument on June 29, 2000 at 3:00 p.m.

Entered this 22d day of March, 2000

_/s/ James Robertson_

James Robertson
United States District Judge

Copies to:

Mark E. Nagle
Assistant U.S. Attorney
Judiciary Center
555 Fourth Street, N.W.
Washington, DC 20001

<u>Counsel for United States</u>

Karen Natalie Walker
Jeffrey Bossert Clark
Kirkland & Ellis
655 15th Street, N.W.
Washington, DC 20005

Monika B. Krizek Griffis
2111 Bancroft Place, N.W.
Washington, DC 20008-4019

<u>Counsel for Defendants</u>

Williams H. Briggs Jr.
Ross, Dixon & Bell, LLP
North Building
601 Pennsylvania Avenue, N.W.
Washington, DC 20004-2688

<u>Special Master</u>

Armin Ulrich Kuder
Kuder, Smollar & Friedman, P.C.
1925 K Street, N.W.
Suite 200
Washington, DC 20006

<u>Counsel for Intervener The
Washington Psychiatric Society</u>