# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                  Civil Action No. 93-0054-JR

GEORGE O. KRIZEK, M.D.
and BLANKA H. KRIZEK,
    Defendants.

**FILED**

AUG 2 9 2000

NANCY MAYER-WHITTINGTON, CLERK
U.S DISTRICT COURT

### **J U D G M E N T**

      Pursuant to the directive of the Court on August 29, 2000, it is, by the Court this 29$^h$ day of August, 2000,

      ORDERED that Judgment is hereby entered for plaintiff, UNITED STATES OF AMERICA, against the defendants, GEORGE O. KRIZEK, M.D. and BLANKA H. KRIZEK, in the amount of Two Hundred Thirty-Seven Thousand One Hundred Five Dollars and Thirty-Nine Cents, ($237,105.39), plus costs. No prejudgment interest will be awarded to the plaintiff.

                                          NANCY MAYER-WHITTINGTON, Clerk

                            By: _Melinda L. Pugh_
                                    Deputy Clerk